IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEAMFITTERS LOCAL 449 PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>       *Plaintiff*,<br><br>    v.<br><br>ADVANTA CORP., DENNIS ALTER, WILLIAM A. ROSOFF, PHILLIP M. BROWNE and DAVID B. WEINSTOCK,<br><br>       *Defendants*. | CIVIL ACTION NO. 09-CV-4730 |

**SUGGESTION OF BANKRUPTCY OF DEFENDANT
<u>ADVANTA CORP. AND AUTOMATIC STAY OF 11 U.S.C. § 362</u>**

PLEASE TAKE NOTICE that, on November 8, 2009, the following entities (collectively, the "<u>Debtors</u>") filed voluntary petitions for bankruptcy relief under chapter 11 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>") in the United States Bankruptcy Court for the District of Delaware:

- Advanta Corp. – 09-13931 (KJC)

- Advanta Investment Corp. – 09-13942 (KJC)

- Advanta Business Services Holding Corp. – 09-13935 (KJC)

- Advanta Business Services Corp. – 09-13933 (KJC)

- Advanta Shared Services Corp. – 09-13934 (KJC)

- Advanta Service Corp. – 09-13932 (KJC)

- Advanta Advertising, Inc. – 09-13943 (KJC)

- Advantennis Corp. – 09-13941 (KJC)

- Advanta Mortgage Holding Company – 09-13938 (KJC)

- Advanta Auto Finance Corporation – 09-13939 (KJC)

- Advanta Mortgage Corp. USA – 09-13937 (KJC)

- Advanta Finance Corp. – 09-13944 (KJC)

- Great Expectations International Inc. – 09-13945 (KJC)

- Great Expectations Franchise Corp. – 09-13936 (KJC)

- Great Expectations Management Corp. – 09-13940 (KJC)

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 362 of the Bankruptcy Code, an automatic stay is in effect as a result of the Debtors' filing of the above-referenced bankruptcy cases (the "Bankruptcy Cases"), including but not limited to a stay, applicable to all entities, of:  (i) the commencement or continuation, including issuance or employment of process, of a judicial, administrative, or other action or proceeding against the Debtors that was or could have been commenced before the commencement of the Bankruptcy Cases, or to recover a claim against the Debtors that arose before the commencement of the Bankruptcy Cases; (ii) the enforcement, against the Debtors or against property of their estates, of a judgment obtained before the commencement of the Bankruptcy Cases; (iii) any act to obtain possession of property of the Debtors' estates or from the Debtors' estates or to exercise control over property of the Debtors' estates; and (iv) any act to create, perfect, or enforce any lien against property of the Debtors' estates as defined in Section 541 of the Bankruptcy Code.


Dated:  November 9, 2009

s/ George M. Gowen
Jeffrey G. Weil (Pa. ID No. 23902)
George M. Gowen III (Pa. ID No. 83210)
Tamar S. Wise (Pa. ID No. 307851)
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA  19103
215.665.2000

*Attorneys for Defendant Advanta Corp.*

## CERTIFICATE OF SERVICE

I, George M. Gowen III, Esquire, hereby certify that, on November 9, 2009, Defendant Advanta Corp.'s Suggestion of Bankruptcy was filed electronically with the Court. A copy of this document is available for viewing and downloading from the Court's ECF system.

An electronic copy has been automatically sent by the ECF system to the following persons:

>Deborah R. Gross, Esq.
>Law Offices of Bernard M. Gross, P.C.
>Wanamaker Building, Suite 450
>100 Penn Square East
>Philadelphia, PA 19107
>215.561.3600

>*Attorneys for Plaintiff*

The remaining counsel of record have not registered for Electronic Case Filing. The undersigned certifies that a copy of the Suggestion of Bankruptcy was served today, by First Class mail, upon:

>Darren J. Robbins
>David C. Walton
>COUGHLIN STOIA GELLER & ROBBINS LLP
>665 West Broadway, Suite 1900
>San Diego, CA 92101
>619.231.1058

>*Attorneys for Plaintiff*

>s/ George M. Gowen
>George M. Gowen III (Pa. ID No. 83210)
>COZEN O'CONNOR
>1900 Market Street
>Philadelphia, PA  19103
>215.665.2000
>
>*Attorneys for Defendant Advanta Corp.*