UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEAMFITTERS LOCAL 449 PENSION FUND, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 09-4730<br><br>CLASS ACTION<br><br>WESTERN PENNSYLVANIA ELECTRICAL EMPLOYEES PENSION FUND'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF ITS SELECTION OF COUNSEL |
| Plaintiff, | | |
| vs. | | |
| ADVANTA CORP., et al., | | |
| Defendants. | | |

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that Western Pennsylvania Electrical Employees Pension Fund (the "Pension Fund") will and hereby does move this Court, on a date and at such time as may be designated by the Court at 601 Market Street, Room 12614, Philadelphia, Pennsylvania 19106, for an order: (1) appointing the Pension Fund as lead plaintiff pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4(a)(3)(B); and (2) approving the Pension Fund's selection of Coughlin Stoia Geller Rudman & Robbins LLP as lead counsel and the Law Offices Bernard M. Gross, P.C. as liaison counsel. In support of this Motion, the Pension Fund submits the accompanying Memorandum of Law and the Declaration of Deborah R. Gross.

DATED: December 14, 2009

LAW OFFICES BERNARD M.
  GROSS, P.C.
DEBORAH R. GROSS

s/ DEBORAH R. GROSS – DG639
DEBORAH R. GROSS

Wanamaker Bldg., Suite 450
100 Penn Square East
Philadelphia, PA  19107
Telephone:  215/561-3600
215/561-3000 (fax)

[Proposed] Liaison Counsel

COUGHLIN STOIA GELLER
  & ROBBINS LLP
DARREN J. ROBBINS
DOUGLAS R. BRITTON
DANIELLE S. MYERS
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

[Proposed] Lead Counsel for Plaintiff

Document1

- 1 -

CERTIFICATE OF SERVICE

      I hereby certify that on December 14, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

      I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on December 14, 2009.

        s/ DEBORAH R. GROSS – DG639
        DEBORAH R. GROSS

        LAW OFFICES BERNARD M.
           GROSS, P.C.
        DEBORAH R. GROSS
        Wanamaker Bldg., Suite 450
        100 Penn Square East
        Philadelphia, PA  19107
        Telephone:  215/561-3600
        215/561-3000 (fax)
        E-mail:  debbie@bernardmgross.com

# Mailing Information for a Case 2:09-cv-04730-CMR

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **JEFFREY ROBERT BOLES**
  jeffrey.boles@dechert.com

- **STEVEN B. FEIRSON**
  steven.feirson@dechert.com

- **GEORGE M. GOWEN , III**
  ggowen@cozen.com

- **DEBORAH R. GROSS**
  debbie@bernardmgross.com

- **MICHAEL L. KICHLINE**
  michael.kichline@dechert.com,lisa.ricchezza@dechert.com

- **JEFFREY G. WEIL**
  jweil@cozen.com

- **SARAH L. WESTBROOK**
  sarah.westbrook@dechert.com,lisa.ricchezza@dechert.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
TAMAR S. WISE
COZEN O'CONNOR
1900 MARKET ST
PHILADELPHIA, PA 19103
```