UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEAMFITTERS LOCAL 449 PENSION FUND, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) | Civil Action No. 09-4730 <br><br> CLASS ACTION |
| Plaintiff, | ) ) | DECLARATION OF DEBORAH R. GROSS IN SUPPORT OF WESTERN |
| vs. | ) ) | PENNSYLVANIA ELECTRICAL EMPLOYEES PENSION FUND'S MOTION |
| ADVANTA CORP., et al., | ) ) | FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF ITS |
| Defendants. | ) ) ) | SELECTION OF COUNSEL |

I, DEBORAH R. GROSS, declare as follows:

1. I am an attorney duly licensed to practice before the courts of the State of Pennsylvania and this Court. I am a member of the Law Offices Bernard M. Gross, P.C., liaison counsel for proposed lead plaintiff Western Pennsylvania Electrical Employees Pension Fund (the "Pension Fund") in the above-captioned action. I make this declaration in support of the Pension Fund's Motion for Appointment as Lead Plaintiff and Approval of Its Selection of Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached are true and correct copies of the following exhibits:

Exhibit A:   Notice of class action published on *Business Wire*, a national business-oriented publication, dated October 14, 2009;

Exhibit B:   The Pension Fund's sworn certification;

Exhibit C:   Chart of the Pension Fund's transactions;

Exhibit D:   Coughlin Stoia Geller Rudman & Robbins LLP firm résumé; and

Exhibit E:   Law Offices Bernard M. Gross, P.C. firm résumé.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 14th day of December 2009, at Philadelphia, Pennsylvania.

                                                    s/ DEBORAH R. GROSS – DG639
                                                        DEBORAH R. GROSS

Document1

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 14, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on December 14, 2009.

    s/ DEBORAH R. GROSS – DG639
DEBORAH R. GROSS

LAW OFFICES BERNARD M.
    GROSS, P.C.
DEBORAH R. GROSS
Wanamaker Bldg., Suite 450
100 Penn Square East
Philadelphia, PA  19107
Telephone:  215/561-3600
215/561-3000 (fax)
E-mail:  debbie@bernardmgross.com

# Mailing Information for a Case 2:09-cv-04730-CMR

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **JEFFREY ROBERT BOLES**
  jeffrey.boles@dechert.com

- **STEVEN B. FEIRSON**
  steven.feirson@dechert.com

- **GEORGE M. GOWEN , III**
  ggowen@cozen.com

- **DEBORAH R. GROSS**
  debbie@bernardmgross.com

- **MICHAEL L. KICHLINE**
  michael.kichline@dechert.com,lisa.ricchezza@dechert.com

- **JEFFREY G. WEIL**
  jweil@cozen.com

- **SARAH L. WESTBROOK**
  sarah.westbrook@dechert.com,lisa.ricchezza@dechert.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
TAMAR S. WISE
COZEN O'CONNOR
1900 MARKET ST
PHILADELPHIA, PA 19103
```