# EXHIBIT C

Movant's Purchases and Losses

Advanta

| Name | Date | Shares Purchased | Share Price | Total Cost | Date | Shares Sold | Share Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| Western Pennsylvania Electrical Employees Pension Fund | 04/19/2007 | 10,650 | $31.30 | $333,375.53 | 05/18/2007 | 150 | $31.29 | $4,694.08 | |
| Western Pennsylvania Electrical Employees Pension Fund | 05/03/2007 | 600 | $29.99 | $17,996.80 | held | 11,250 | $8.36 | $94,068.75 | |
| Western Pennsylvania Electrical Employees Pension Fund | 07/20/2007 | 150 | $30.21 | $4,530.81 | | | | | |
| Movant's Total | | 11,400 | | $355,903.14 | | 11,400 | | $98,762.83 | ($257,140.31) |

*For shares held at the end of the class period, damages are calculated by multiplying the shares held by the average share price during the 90 calendar days after the end of the class period. The price used is $8.36 as of February 25, 2008.