UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEAMFITTERS LOCAL 449 PENSION FUND, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) | Civil Action No. 09-4730 <br><br> CLASS ACTION |
| Plaintiff, | ) ) ) | [PROPOSED] ORDER GRANTING WESTERN PENNSYLVANIA |
| vs. | ) ) | ELECTRICAL EMPLOYEES PENSION FUND'S MOTION FOR APPOINTMENT AS |
| ADVANTA CORP., et al., | ) ) | LEAD PLAINTIFF AND APPROVAL OF ITS SELECTION OF COUNSEL |
| Defendants. | ) ) ) | |

Having considered Western Pennsylvania Electrical Employees Pension Fund's Motion for Appointment as Lead Plaintiff and Approval of Its Selection of Lead Counsel (the "Motion") and good cause appearing therefor, the Court ORDERS as follows:

1. The Motion is GRANTED;

2. Pursuant to 15 U.S.C. §78u-4(a)(3)(B), Western Pennsylvania Electrical Employees Pension Fund is appointed Lead Plaintiff for the class; and

3. Pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v), Lead Plaintiff's selection of Coughlin Stoia Geller Rudman & Robbins LLP as Lead Counsel and the Law Offices Bernard M. Gross, P.C. as Liaison Counsel is approved.

IT IS SO ORDERED.

DATED: _____

THE HONORABLE CYNTHIA M. RUFE
UNITED STATES DISTRICT JUDGE

Submitted by:

LAW OFFICES BERNARD M.
  GROSS, P.C.
DEBORAH R. GROSS


    s/ DEBORAH R. GROSS – DG639
        DEBORAH R. GROSS

Wanamaker Bldg., Suite 450
100 Penn Square East
Philadelphia, PA  19107
Telephone:  215/561-3600
215/561-3000 (fax)

[Proposed] Liaison Counsel

- 1 -

COUGHLIN STOIA GELLER
  & ROBBINS LLP
DARREN J. ROBBINS
DOUGLAS R. BRITTON
DANIELLE S. MYERS
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

[Proposed] Lead Counsel for Plaintiff


Document1

CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on December 14, 2009.

    s/ DEBORAH R. GROSS – DG639
    DEBORAH R. GROSS

    LAW OFFICES BERNARD M.
        GROSS, P.C.
    DEBORAH R. GROSS
    Wanamaker Bldg., Suite 450
    100 Penn Square East
    Philadelphia, PA  19107
    Telephone:  215/561-3600
    215/561-3000 (fax)
    E-mail:  debbie@bernardmgross.com

# Mailing Information for a Case 2:09-cv-04730-CMR

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **JEFFREY ROBERT BOLES**
  jeffrey.boles@dechert.com

- **STEVEN B. FEIRSON**
  steven.feirson@dechert.com

- **GEORGE M. GOWEN , III**
  ggowen@cozen.com

- **DEBORAH R. GROSS**
  debbie@bernardmgross.com

- **MICHAEL L. KICHLINE**
  michael.kichline@dechert.com,lisa.ricchezza@dechert.com

- **JEFFREY G. WEIL**
  jweil@cozen.com

- **SARAH L. WESTBROOK**
  sarah.westbrook@dechert.com,lisa.ricchezza@dechert.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
TAMAR S. WISE
COZEN O'CONNOR
1900 MARKET ST
PHILADELPHIA, PA 19103
```