UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

FILED
JUN 04 2010
MICHAEL E. KUNZ, Clerk
By____________Dep. Clerk

| | |
|---|---|
| STEAMFITTERS LOCAL 449 PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ADVANTA CORP., et al.,<br><br>Defendants. | Civil Action No. 09-4730<br><br>CLASS ACTION<br><br>ORDER GRANTING WESTERN PENNSYLVANIA ELECTRICAL EMPLOYEES PENSION FUND'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF ITS SELECTION OF COUNSEL |

Having considered Western Pennsylvania Electrical Employees Pension Fund's Motion for Appointment as Lead Plaintiff and Approval of Its Selection of Lead Counsel (the "Motion") and good cause appearing therefor, the Court ORDERS as follows:

1. The Motion is GRANTED;

2. Pursuant to 15 U.S.C. §78u-4(a)(3)(B), Western Pennsylvania Electrical Employees Pension Fund is appointed Lead Plaintiff for the class; and

3. Pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v), Lead Plaintiff's selection of Coughlin Stoia Geller Rudman & Robbins LLP as Lead Counsel and the Law Offices Bernard M. Gross, P.C. as Liaison Counsel is approved.

IT IS SO ORDERED.

DATED: June 4, 2010

Cynthia M. Rufe
THE HONORABLE CYNTHIA M. RUFE
UNITED STATES DISTRICT JUDGE

Submitted by:

LAW OFFICES BERNARD M.
GROSS, P.C.
DEBORAH R. GROSS

s/ DEBORAH R. GROSS – DG639
DEBORAH R. GROSS

Wanamaker Bldg., Suite 450
100 Penn Square East
Philadelphia, PA 19107
Telephone: 215/561-3600
215/561-3000 (fax)

Liaison Counsel