# EXHIBIT C

SEC Form 4

| FORM 4 | UNITED STATES SECURITIES AND EXCHANGE COMMISSION<br>Washington, D.C. 20549 | OMB APPROVAL |
| --- | --- | --- |
| | | OMB Number: 3235-0287 |
| Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. See Instruction 1(b). ☐ | **STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**<br><br>Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940 | Expires: February 28, 2011<br>Estimated average burden hours per response: 0.5 |

| 1. Name and Address of Reporting Person* <br> CARROLL CHRISTOPHER J <br><br> (Last)  (First)  (Middle) <br> WELSH & MCKEAN ROADS <br> P.O. BOX 918 <br> (Street) <br> SPRING HOUSE   PA   194770918 <br> (City)   (State)   (Zip) | 2. Issuer Name and Ticker or Trading Symbol <br> ADVANTA CORP [ /ADVNB) ] <br><br> 3. Date of Earliest Transaction (Month/Day/Year) <br> 08/15/2005 <br><br> 4. If Amendment, Date of Original Filed (Month/Day/Year) | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) <br> ☐ Director   ☐ 10% Owner <br> ☒ Officer (give title below)   ☐ Other (specify below) <br> Chief Credit Officer <br><br> 6. Individual or Joint/Group Filing (Check Applicable Line) <br> ☒ Form filed by One Reporting Person <br> ☐ Form filed by More than One Reporting Person |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Class B Common Stock | 08/15/2005 | | M (1) | | 7,500 | A | $7.91 | 60,755 | D | |
| Class B Common Stock | 08/15/2005 | | M (1) | | 7,500 | A | $8.51 | 68,255 | D | |
| Class B Common Stock | 08/15/2005 | | M (1) | | 7,500 | A | $12.2 | 75,755 | D | |
| Class B Common Stock | 08/15/2005 | | S (1) | | 300 | D | $28.78 | 75,455 | D | |
| Class B Common Stock | 08/15/2005 | | S (1) | | 100 | D | $28.79 | 75,355 | D | |
| Class B Common Stock | 08/15/2005 | | S (1) | | 100 | D | $28.8 | 75,255 | D | |
| Class B Common Stock | 08/15/2005 | | S (1) | | 1,500 | D | $28.85 | 73,755 | D | |
| Class B Common Stock | 08/15/2005 | | S (1) | | 7,448 | D | $28.86 | 66,307 | D | |
| Class B Common Stock | 08/15/2005 | | S (1) | | 30 | D | $28.87 | 66,277 | D | |
| Class B Common Stock | 08/15/2005 | | S (1) | | 900 | D | $28.89 | 65,377 | D | |
| Class B Common Stock | 08/15/2005 | | S (1) | | 6,322 | D | $28.9 | 59,055 | D | |
| Class B Common Stock | 08/15/2005 | | S (1) | | 565 | D | $28.91 | 58,490 | D | |
| Class B Common Stock | 08/15/2005 | | S (1) | | 800 | D | $28.95 | 57,690 | D | |
| Class B Common Stock | 08/16/2005 | | M (1) | | 7,500 | A | $12.2 | 65,190 | D | |
| Class B Common Stock | 08/16/2005 | | S (1) | | 1,635 | D | $27.6 | 63,555 | D | |
| Class B Common Stock | 08/16/2005 | | S (1) | | 900 | D | $27.65 | 62,655 | D | |
| Class B Common Stock | 08/16/2005 | | S (1) | | 8,050 | D | $28 | 54,605 | D | |
| Class B Common Stock | 08/16/2005 | | S (1) | | 250 | D | $28.01 | 54,355 | D | |
| Class B Common Stock | 08/16/2005 | | S (1) | | 1,100 | D | $28.1 | 53,255 | D | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | 5. Number of Derivative Securities | 6. Date Exercisable and Expiration Date (Month/Day/Year) | 7. Title and Amount of Securities Underlying | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities | 10. Ownership Form: Direct (D) | 11. Nature of Indirect Beneficial Ownership |

| | Derivative Security | | | | Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | | | | Derivative Security (Instr. 3 and 4) | | Beneficially Owned Following Reported Transaction (s) (Instr. 4) | or Indirect (I) (Instr. 4) | (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | |
| Stock Option (Right to Buy) | $12.2 | 08/15/2005 | | | M (1) | | | 7,500 | (2) | 07/31/2011 | Class B Common Stock | 7,500 | $0 | 7,500 | D | |
| Stock Option (Right to Buy) | $8.51 | 08/15/2005 | | | M (1) | | | 7,500 | (3) | 02/20/2012 | Class B Common Stock | 7,500 | $0 | 2,500 | D | |
| Stock Option (Right to Buy) | $7.91 | 08/15/2005 | | | M (1) | | | 7,500 | (4) | 04/30/2013 | Class B Common Stock | 7,500 | $0 | 7,500 | D | |
| Stock Option (Right to Buy) | $12.2 | 08/16/2005 | | | M (1) | | | 7,500 | (2) | 07/31/2011 | Class B Common Stock | 7,500 | $0 | 0 | D | |

**Explanation of Responses:**

1. The stock option exercise and sale of shares acquired upon exercise that are reported in this Form 4 were effected pursuant to a Rule 10b5-1 trading plan adopted by the reporting person on July 28, 2005.
2. This option vests in four equal annual increments commencing on August 1, 2002.
3. This option vests in four equal annual increments commencing on February 21, 2003.
4. The option vests in four equal annual increments beginning on May 1, 2004.

**Remarks:**

By: s\ Liane Browne     08/17/2005
** Signature of Reporting Person     Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.
* If the form is filed by more than one reporting person, see Instruction 4 (b)(v).
** Intentional misstatements or omissions of facts constitute Federal Criminal Violations See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).
Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 6 for procedure.
Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

SEC Form 4

**FORM 4**

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. See Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | February 28, 2011 |
| Estimated average burden hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* | 2. Issuer Name and Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| CARROLL CHRISTOPHER J | ADVANTA CORP [ /ADVNB ] | Director ☐  10% Owner ☐  Officer (give title below) X  Other (specify below) ☐  Chief Credit Officer |
| (Last)  (First)  (Middle) WELSH & MCKEAN ROADS P.O. BOX 918 (Street) SPRING HOUSE  PA  194770918 (City)  (State)  (Zip) | 3. Date of Earliest Transaction (Month/Day/Year) 09/01/2005 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) X  Form filed by One Reporting Person ☐  Form filed by More than One Reporting Person |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Class B Common Stock | 09/01/2005 | | S(1) | | 1,050 | D | $28.4 | 52,205 | D | |
| Class B Common Stock | 09/01/2005 | | S(1) | | 750 | D | $28.42 | 51,455 | D | |
| Class B Common Stock | 09/01/2005 | | S(1) | | 1,400 | D | $28.45 | 50,055 | D | |
| Class B Common Stock | 09/01/2005 | | S(1) | | 100 | D | $28.46 | 49,955 | D | |
| Class B Common Stock | 09/01/2005 | | S(1) | | 1,200 | D | $28.47 | 48,755 | D | |
| Class B Common Stock | 09/01/2005 | | S(1) | | 1,100 | D | $28.49 | 47,655 | D | |
| Class B Common Stock | 09/01/2005 | | S(1) | | 1,000 | D | $28.5 | 46,655 | D | |
| Class B Common Stock | 09/01/2005 | | S(1) | | 2,000 | D | $28.55 | 44,655 | D | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**
1. The sale reported in this Form 4 was effected pursuant to a Rule 10b5-1 trading plan adopted by the reporting person on July 28, 2005.

**Remarks:**

By: s\ Liane Browne    09/02/2005
** Signature of Reporting Person    Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.
* If the form is filed by more than one reporting person, see Instruction 4 (b)(v).
** Intentional misstatements or omissions of facts constitute Federal Criminal Violations See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).
Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 6 for procedure.
Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

SEC Form 4

## FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. See Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | February 28, 2011 |
| Estimated average burden hours per response: | 0.5 |

| 1. Name and Address of Reporting Person<br>CARROLL CHRISTOPHER J<br><br>(Last)  (First)  (Middle)<br>WELSH & MCKEAN ROADS<br>P.O. BOX 918<br>(Street)<br>SPRING HOUSE   PA   194770918<br>(City)  (State)  (Zip) | 2. Issuer Name and Ticker or Trading Symbol<br>ADVANTA CORP [ /ADVNB) ]<br><br>3. Date of Earliest Transaction (Month/Day/Year)<br>09/02/2005<br><br>4. If Amendment, Date of Original Filed (Month/Day/Year) | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable)<br>  Director      10% Owner<br>X Officer (give title below)      Other (specify below)<br>Chief Credit Officer<br><br>6. Individual or Joint/Group Filing (Check Applicable Line)<br>X Form filed by One Reporting Person<br>  Form filed by More than One Reporting Person |
|---|---|---|

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Class B Common Stock | 09/02/2005 | | S(1) | | 1,680 | D | $28 | 42,975 | D | |
| Class B Common Stock | 09/02/2005 | | S(1) | | 400 | D | $28.02 | 42,575 | D | |
| Class B Common Stock | 09/02/2005 | | S(1) | | 2,100 | D | $28.03 | 40,475 | D | |
| Class B Common Stock | 09/02/2005 | | S(1) | | 6,609 | D | $28.04 | 33,866 | D | |
| Class B Common Stock | 09/02/2005 | | S(1) | | 1,081 | D | $28.05 | 32,785 | D | |
| Class B Common Stock | 09/02/2005 | | S(1) | | 1,000 | D | $28.06 | 31,785 | D | |
| Class B Common Stock | 09/02/2005 | | S(1) | | 1,160 | D | $28.08 | 30,625 | D | |
| Class B Common Stock | 09/06/2005 | | S(1) | | 750 | D | $28.27 | 29,875 | D | |
| Class B Common Stock | 09/06/2005 | | S(1) | | 1,100 | D | $27.7 | 28,775 | D | |
| Class B Common Stock | 09/06/2005 | | S(1) | | 650 | D | $27.71 | 28,125 | D | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. The sale reported in this Form 4 was effected pursuant to a Rule 10b5-1 trading plan adopted by the reporting person on July 28, 2005.

**Remarks:**

|  |  |
|---|---|
| By: s\ Liane Browne | 09/06/2005 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, see Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations See 18 U.S.C. 1001 and 15 U.S.C. 78ff(e).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

## FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. See Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | February 28, 2011 |
| Estimated average burden hours per response: | 0.5 |

| 1. Name and Address of Reporting Person*<br>CARROLL CHRISTOPHER J<br><br>(Last)    (First)    (Middle)<br>WELSH & MCKEAN ROADS<br>P.O. BOX 918<br>(Street)<br>SPRING HOUSE    PA    194770918<br>(City)    (State)    (Zip) | 2. Issuer Name and Ticker or Trading Symbol<br>ADVANTA CORP [ /ADVNB) ]<br><br>3. Date of Earliest Transaction (Month/Day/Year)<br>05/01/2006<br><br>4. If Amendment, Date of Original Filed (Month/Day/Year) | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable)<br>☐ Director            ☐ 10% Owner<br>X Officer (give title below)   ☐ Other (specify below)<br>Chief Credit Officer<br><br>6. Individual or Joint/Group Filing (Check Applicable Line)<br>X Form filed by One Reporting Person<br>☐ Form filed by More than One Reporting Person |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Class B Common Stock | 05/01/2006 | | F | | 3,763 | D | $38.16 | 24,362 | D | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction (s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Stock Option (Right to Buy) | $37.65 | 05/01/2006 | | A | | 12,000 | | (1) | 04/30/2016 | Class B Common Stock | 12,000 | $0 | 12,000 | D | |

**Explanation of Responses:**

1. The option vests in four equal annual increments beginning on May 1, 2007.

**Remarks:**

By: s\ Liane Browne    05/02/2006
** Signature of Reporting Person    Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.
* If the form is filed by more than one reporting person, see Instruction 4 (b)(v).
** Intentional misstatements or omissions of facts constitute Federal Criminal Violations See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).
Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 6 for procedure.
Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

SEC Form 4

**FORM 4**

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. See Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | February 28, 2011 |
| Estimated average burden hours per response: | 0.5 |

| 1. Name and Address of Reporting Person<br>CARROLL CHRISTOPHER J | 2. Issuer Name and Ticker or Trading Symbol<br>ADVANTA CORP [ /ADVNB) ] | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable)<br>Director       10% Owner<br>X Officer (give title below)   Other (specify below)<br>Chief Credit Officer |
|---|---|---|
| (Last)  (First)  (Middle)<br>WELSH & MCKEAN ROADS<br>P.O. BOX 918 | 3. Date of Earliest Transaction (Month/Day/Year)<br>07/11/2006 | |
| (Street)<br>SPRING HOUSE   PA   194770918 | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line)<br>X Form filed by One Reporting Person<br>Form filed by More than One Reporting Person |
| (City)  (State)  (Zip) | | |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Class B Common Stock | 07/11/2006 | | A | | 12,608 (1) | A | $0 | 36,970 | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. Restricted stock issuance pursuant to the Advanta 2000 Omnibus Stock Incentive Plan, which Plan satisfies the conditions of Rule 16b-3.

**Remarks:**

By: s\ Liane Browne   07/17/2006
** Signature of Reporting Person   Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.
* If the form is filed by more than one reporting person, see Instruction 4 (b)(v).
** Intentional misstatements or omissions of facts constitute Federal Criminal Violations See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).
Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 6 for procedure.
Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

SEC Form 4

| FORM 4 | UNITED STATES SECURITIES AND EXCHANGE COMMISSION<br>Washington, D.C. 20549 | OMB APPROVAL |
| --- | --- | --- |
| ☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. See Instruction 1(b). | STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP<br><br>Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940 | OMB Number: 3235-0207<br>Expires: February 28, 2011<br>Estimated average burden hours per response: 0.5 |

| 1. Name and Address of Reporting Person*<br>CARROLL CHRISTOPHER J<br><br>(Last)   (First)   (Middle)<br>WELSH & MCKEAN ROADS<br>P.O. BOX 918<br>(Street)<br>SPRING HOUSE   PA   194770918<br>(City)   (State)   (Zip) | 2. Issuer Name and Ticker or Trading Symbol<br>ADVANTA CORP [ /ADVNB) ]<br><br>3. Date of Earliest Transaction (Month/Day/Year)<br>10/16/2006<br><br>4. If Amendment, Date of Original Filed (Month/Day/Year) | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable)<br>  Director     10% Owner<br>X Officer (give title below)   Other (specify below)<br>  Chief Credit Officer<br><br>6. Individual or Joint/Group Filing (Check Applicable Line)<br>X Form filed by One Reporting Person<br>  Form filed by More than One Reporting Person |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Class B Common Stock | 10/16/2006 | | M [1] | | 3,750 | A | $7.91 | 40,720 | D | |
| Class B Common Stock | 10/16/2006 | | M [1] | | 2,500 | A | $8.51 | 43,220 | D | |
| Class B Common Stock | 10/16/2006 | | M [1] | | 3,750 | A | $15.85 | 46,970 | D | |
| Class B Common Stock | 10/16/2006 | | S [2] | | 1,635 | D | $38.3 | 45,335 | D | |
| Class B Common Stock | 10/16/2006 | | S [2] | | 400 | D | $38.32 | 44,935 | D | |
| Class B Common Stock | 10/16/2006 | | S [2] | | 1,753 | D | $38.2 | 43,182 | D | |
| Class B Common Stock | 10/16/2006 | | S [2] | | 400 | D | $38.1 | 42,782 | D | |
| Class B Common Stock | 10/16/2006 | | S [2] | | 1,097 | D | $38.33 | 41,685 | D | |
| Class B Common Stock | 10/16/2006 | | S [2] | | 857 | D | $38.45 | 40,828 | D | |
| Class B Common Stock | 10/16/2006 | | S [2] | | 46 | D | $38.38 | 40,782 | D | |
| Class B Common Stock | 10/16/2006 | | S [2] | | 753 | D | $38.25 | 40,029 | D | |
| Class B Common Stock | 10/16/2006 | | S [2] | | 794 | D | $38.26 | 39,235 | D | |
| Class B Common Stock | 10/16/2006 | | S [2] | | 2,100 | D | $38.22 | 37,135 | D | |
| Class B Common Stock | 10/16/2006 | | S [2] | | 300 | D | $38.23 | 36,835 | D | |
| Class B Common Stock | 10/16/2006 | | S [2] | | 190 | D | $38.4 | 36,645 | D | |
| Class B Common Stock | 10/16/2006 | | S [2] | | 300 | D | $38.46 | 36,345 | D | |
| Class B Common Stock | 10/17/2006 | | S [2] | | 3,405 | D | $38.05 | 32,940 | D | |
| Class B Common Stock | 10/17/2006 | | S [2] | | 800 | D | $38.1 | 32,140 | D | |
| Class B Common Stock | 10/17/2006 | | S [2] | | 277 | D | $38.11 | 31,863 | D | |
| Class B Common Stock | 10/17/2006 | | S [2] | | 500 | D | $38.14 | 31,363 | D | |
| Class B Common Stock | 10/17/2006 | | S [2] | | 1,268 | D | $38.15 | 30,095 | D | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned

(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction (s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Stock Option (Right to Buy) | $8.51 | 10/16/2006 | | M(1) | | | 2,500 | (3) | 02/20/2012 | Class B Common Stock | 2,500 | $0 | 0 | D | |
| Stock Option (Right to Buy) | $7.91 | 10/16/2006 | | M(1) | | | 3,750 | (4) | 04/30/2013 | Class B Common Stock | 3,750 | $0 | 3,750 | D | |
| Stock Option (Right to Buy) | $15.85 | 10/16/2006 | | M(1) | | | 7,500 | (5) | 05/02/2014 | Class B Common Stock | 7,500 | $0 | 7,500 | D | |

**Explanation of Responses:**

1. The stock option exercise and sale of shares acquired upon exercise that are reported in this Form 4 were effected pursuant to a Rule 10b5-1 trading plan adopted by the reporting person on September 12, 2006.
2. The sale reported in this Form 4 was effected pursuant to a Rule 10b5-1 trading plan adopted by the reporting person on September 12, 2006.
3. This option vests in four equal annual increments commencing on February 21, 2003.
4. The option vests in four equal annual increments beginning on May 1, 2004.
5. The option vests in four equal annual increments beginning on May 3, 2005.

**Remarks:**

By: s\ Liane Browne     10/18/2006
** Signature of Reporting Person     Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.
* If the form is filed by more than one reporting person, see Instruction 4 (b)(v).
** Intentional misstatements or omissions of facts constitute Federal Criminal Violations See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).
Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 6 for procedure.
Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

SEC Form 4

# FORM 4

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. See Instruction 1(b).

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | February 28, 2011 |
| Estimated average burden hours per response: | 0.5 |

| 1. Name and Address of Reporting Person | 2. Issuer Name and Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| CARROLL CHRISTOPHER J | ADVANTA CORP [ /ADVNB) ] | Director ☐  10% Owner ☐  Officer (give title below) X  Other (specify below) ☐ |
| (Last) (First) (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) | Chief Credit Officer |
| WELSH & MCKEAN ROADS P.O. BOX 918 | 10/16/2006 | |
| (Street) SPRING HOUSE  PA  194770918 | 4. If Amendment, Date of Original Filed (Month/Day/Year) 10/18/2006 | 6. Individual or Joint/Group Filing (Check Applicable Line) X  Form filed by One Reporting Person ☐  Form filed by More than One Reporting Person |
| (City) (State) (Zip) | | |

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 6) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Class B Common Stock | 10/16/2006 | | M[1] | | 3,750 | A | $15.85 | 40,720 | D | |
| Class B Common Stock | 10/16/2006 | | S[2] | | 1,635 | D | $38.3 | 39,085 | D | |
| Class B Common Stock | 10/16/2006 | | S[2] | | 1,097 | D | $38.33 | 37,988 | D | |
| Class B Common Stock | 10/16/2006 | | S[2] | | 400 | D | $38.32 | 37,588 | D | |
| Class B Common Stock | 10/16/2006 | | S[2] | | 1,753 | D | $38.2 | 35,835 | D | |
| Class B Common Stock | 10/16/2006 | | S[2] | | 400 | D | $38.1 | 35,435 | D | |
| Class B Common Stock | 10/16/2006 | | S[2] | | 857 | D | $38.45 | 34,578 | D | |
| Class B Common Stock | 10/16/2006 | | S[2] | | 46 | D | $38.38 | 34,532 | D | |
| Class B Common Stock | 10/16/2006 | | S[2] | | 753 | D | $38.25 | 33,779 | D | |
| Class B Common Stock | 10/16/2006 | | S[2] | | 794 | D | $38.26 | 32,985 | D | |
| Class B Common Stock | 10/16/2006 | | S[2] | | 2,100 | D | $38.22 | 30,885 | D | |
| Class B Common Stock | 10/16/2006 | | S[2] | | 300 | D | $38.23 | 30,585 | D | |
| Class B Common Stock | 10/16/2006 | | S[2] | | 190 | D | $38.4 | 30,395 | D | |
| Class B Common Stock | 10/16/2006 | | S[2] | | 300 | D | $38.46 | 30,095 | D | |
| Class B Common Stock | 10/17/2006 | | M[1] | | 3,750 | A | $7.91 | 33,845 | D | |
| Class B Common Stock | 10/17/2006 | | M[1] | | 2,500 | A | $8.51 | 36,345 | D | |
| Class B Common Stock | 10/17/2006 | | S[2] | | 3,405 | D | $38.05 | 32,940 | D | |
| Class B Common Stock | 10/17/2006 | | S[2] | | 800 | D | $38.1 | 32,140 | D | |
| Class B Common Stock | 10/17/2006 | | S[2] | | 277 | D | $38.11 | 31,863 | D | |
| Class B Common Stock | 10/17/2006 | | S[2] | | 500 | D | $38.14 | 31,363 | D | |
| Class B Common Stock | 10/17/2006 | | S[2] | | 1,268 | D | $38.15 | 30,095 | D | |
| Class B Common Stock | 10/17/2006 | | M[1] | | 3,750 | A | $15.85 | 33,845 | D | |

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction (6) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Stock Option (Right to Buy) | $8.51 | 10/16/2006 | | M [1] | | | 2,500 | (3) | 02/20/2012 | Class B Common Stock | 2,500 | $0 | 0 | D | |
| Stock Option (Right to Buy) | $7.91 | 10/16/2006 | | M [1] | | | 3,750 | (4) | 04/30/2013 | Class B Common Stock | 3,750 | $0 | 3,750 | D | |
| Stock Option (Right to Buy) | $15.85 | 10/16/2006 | | M [1] | | | 7,500 | (5) | 05/02/2014 | Class B Common Stock | 7,500 | $0 | 7,500 | D | |

**Explanation of Responses:**

1. The stock option exercise and sale of shares acquired upon exercise that are reported in this Form 4 were effected pursuant to a Rule 10b5-1 trading plan adopted by the reporting person on September 12, 2006.
2. The sale reported in this Form 4 was effected pursuant to a Rule 10b5-1 trading plan adopted by the reporting person on September 12, 2006.
3. This option vests in four equal annual increments commencing on February 21, 2003.
4. The option vests in four equal annual increments commencing on May 1, 2004.
5. The option vests in four equal annual increments beginning on May 3, 2005.

**Remarks:**

By: s\ Liane Browne    02/21/2007
** Signature of Reporting Person    Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, see Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 6 for procedure.

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

SEC Form 4

# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. See Instruction 1(b).

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | February 28, 2011 |
| Estimated average burden hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* CARROLL CHRISTOPHER J | 2. Issuer Name and Ticker or Trading Symbol ADVANTA CORP [ /ADVNB) ] | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| (Last)       (First)       (Middle) WELSH & MCKEAN ROADS P.O. BOX 918 | 3. Date of Earliest Transaction (Month/Day/Year) 11/06/2006 | ☐ Director    ☐ 10% Owner<br>X Officer (give title below)    ☐ Other (specify below)<br>Chief Credit Officer |
| (Street) SPRING HOUSE   PA   194770918 | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line)<br>X Form filed by One Reporting Person<br>☐ Form filed by More than One Reporting Person |
| (City)       (State)       (Zip) | | |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Class B Common Stock | 11/06/2006 | | S(1) | | 3,125 | D | $40 | 26,970 | D | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. The sale reported in this Form 4 was effected pursuant to a Rule 10b5-1 trading plan adopted by the reporting person on September 12, 2006.

**Remarks:**

By: s\ Liane Browne      11/06/2006
** Signature of Reporting Person      Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.
* If the form is filed by more than one reporting person, see Instruction 4 (b)(v).
** Intentional misstatements or omissions of facts constitute Federal Criminal Violations See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).
Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 6 for procedure.
Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

SEC Form 4

## FORM 4

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. See Instruction 1(b).

| OMB APPROVAL |  |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | February 20, 2011 |
| Estimated average burden hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* | 2. Issuer Name and Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| CARROLL CHRISTOPHER J | ADVANTA CORP [ /ADVNB) ] | Director ☐    10% Owner ☐ |
| (Last)  (First)  (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) | X Officer (give title below)   Other (specify below) |
| WELSH & MCKEAN ROADS P.O. BOX 918 | 11/14/2006 | Chief Credit Officer |
| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| SPRING HOUSE   PA   194770918 |  | X Form filed by One Reporting Person |
| (City)  (State)  (Zip) |  | ☐ Form filed by More than One Reporting Person |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Class B Common Stock | 11/14/2006 | | S(1) | | 3,000 | D | $42 | 23,970 | D | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. The sale reported in this Form 4 was effected pursuant to a Rule 10b5-1 trading plan adopted by the reporting person on September 12, 2006.

**Remarks:**

By: s\ Liane Browne        11/14/2006
** Signature of Reporting Person   Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.
* If the form is filed by more than one reporting person, see Instruction 4 (b)(v).
** Intentional misstatements or omissions of facts constitute Federal Criminal Violations See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).
Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 6 for procedure.
Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

SEC Form 4

# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. See Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | February 28, 2011 |
| Estimated average burden hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* CARROLL CHRISTOPHER J | 2. Issuer Name and Ticker or Trading Symbol ADVANTA CORP [ /ADVNB) ] | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) Director — 10% Owner; X Officer (give title below) — Chief Credit Officer; Other (specify below) |
|---|---|---|
| (Last) (First) (Middle) WELSH & MCKEAN ROADS P.O. BOX 918 | 3. Date of Earliest Transaction (Month/Day/Year) 11/27/2006 | |
| (Street) SPRING HOUSE  PA  194770918 | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) X Form filed by One Reporting Person — Form filed by More than One Reporting Person |
| (City) (State) (Zip) | | |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) Code | V | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) Amount | (A) or (D) | Price | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| Class B Common Stock | 11/27/2006 | | S$^{(1)}$ | | 3,000 | D | $44 | 20,970 | D | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) Code | V | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) (A) | (D) | 6. Date Exercisable and Expiration Date (Month/Day/Year) Date Exercisable | Expiration Date | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) Title | Amount or Number of Shares | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Explanation of Responses:**

1. The sale reported in this Form 4 was effected pursuant to a Rule 10b5-1 trading plan adopted by the reporting person on September 12, 2006.

**Remarks:**

By: s\ Liane Browne    11/27/2006
** Signature of Reporting Person    Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.
* If the form is filed by more than one reporting person, see Instruction 4 (b)(v).
** Intentional misstatements or omissions of facts constitute Federal Criminal Violations See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).
Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 6 for procedure.
Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.