**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

_____
                                 :

STEAMFITTERS LOCAL 449 PENSION  :
FUND, Individually and on Behalf of All  :
Others Similarly Situated,  :
  :
        Plaintiff,  :
  :
    v.  :
  :
Dennis Alter, William A. Rosoff, Philip  :     Civil Action No. 09-cv-4730- CMR
M. Browne, Christopher J. Carroll,  :
David B. Weinstock, John F. Moore, Robert :
S. Blank, Max Botel, Thomas P. Costello,  :
Dana Becker Dunn, Ronald Lubner, Olaf  :
Olafsson, and Michael A. Stolper,  :
  :
        Defendants.  :
_____:

## <u>ORDER</u>

      **AND NOW**, this _____ day of _____, upon consideration of

the Motion of the Management Defendants to Dismiss the Amended Complaint (the "Motion")

and the accompanying memorandum, the plaintiff's response thereto, and the Management

Defendants' reply, it is hereby ORDERED as follows:

      1.      The Motion is GRANTED.

      2.      The Amended Complaint is dismissed in its entirety with prejudice as to all

Defendants.

                       BY THE COURT:

                       _____
                       Hon. Cynthia M. Rufe, U.S.D.J.

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

_____

STEAMFITTERS LOCAL 449 PENSION  :
FUND, Individually and on Behalf of All  :
Others Similarly Situated,  :
                                  :
          Plaintiff,  :
                                  :
     v.  :
                                  :
Dennis Alter, William A. Rosoff, Philip  :     Civil Action No. 09-cv-4730- CMR
M. Browne, Christopher J. Carroll,  :
David B. Weinstock, John F. Moore, Robert  :
S. Blank, Max Botel, Thomas P. Costello,  :
Dana Becker Dunn, Ronald Lubner, Olaf  :
Olafsson, and Michael A. Stolper,  :
                                  :
          Defendants.  :
_____:

# MOTION OF MANAGEMENT DEFENDANTS
# TO DISMISS THE AMENDED COMPLAINT

Defendants Dennis Alter, William Rosoff, Philip M. Browne, and David B. Weinstock

(the "Management Defendants") hereby move this Honorable Court, pursuant to Federal Rules

of Civil Procedure 9(b) and 12(b)(6) and the provisions of the Private Securities Litigation

Reform Act of 1995, 15 U.S.C. § 78u-4, for the entry of an Order dismissing the Amended

Complaint with prejudice as to all Defendants.  Grounds supporting this Motion are set forth in

the accompanying Memorandum.  The Management Defendants respectfully request oral

argument.

Dated:  October 18, 2010

Respectfully submitted,

s/ Matthew L. Bleich
Steven B. Feirson (21357)
Michael L. Kichline (62293)
Sarah L. Westbrook  (91623)
Matthew L. Bleich (208069)

Dechert LLP
Cira Centre, 2929 Arch Street
Philadelphia, PA  19104
(215) 994-4000

Attorneys for Dennis Alter, William
A. Rosoff, Philip M. Browne, and
David B. Weinstock