IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEAMFITTERS LOCAL 449 PENSION FUND,     Plaintiff, <br><br> v. <br><br> DENNIS ALTER, *et al.*     Defendants. | CIVIL ACTION <br> NO. 09-4730 |

# ORDER

**AND NOW,** this 30th day of September 2011, upon review of Christopher J. Carroll's Motion to Dismiss the Amended Complaint [Doc. No. 41], John F. Moore's Motion to Dismiss the Amended Complaint [Doc. No. 42], Management Defendant's (Alter, Browne, Rosoff, and Weinstock) Motion to Dismiss the Amended Complaint [Doc. No. 43], and the Outside Directors' (Dunn, Blank, Botel, Costello, Lubner, Olafsson and Stolper) Motion to Dismiss the Amended Complaint [Doc. No. 45], and all responses and replies thereto, and for the reasons set forth in the accompanying Memorandum Opinion, it is **HEREBY ORDERED** that:

1. Christopher C. Carroll's Motion to Dismiss is **GRANTED;**

2. John F. Moore's Motion to Dismiss is **GRANTED;**

3. Management Defendants' Motion to Dismiss is **DENIED** as to Counts I and II, and **GRANTED** as to Count III.

4. Outside Director Defendants' Motion to Dismiss is **GRANTED.**

Plaintiffs are granted leave to amend the Amended Complaint within twenty-one (21) days of the date of this Order.

It is so **ORDERED.**

                                                **BY THE COURT:**

                                                /s/ Cynthia M. Rufe

                                                **CYNTHIA M. RUFE, J.**