UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WESTERN PENNSYLVANIA ELECTRICAL EMPLOYEES PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>                      Plaintiff,<br><br>   vs.<br><br>DENNIS ALTER, et al.,<br><br>                      Defendants. | Civil Action No. 2:09-cv-04730-CMR<br><br>CLASS ACTION |

LEAD PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT

921178_1

PLEASE TAKE NOTICE that on such date and time as the Court shall set, the undersigned counsel for Lead Plaintiff Western Pennsylvania Electrical Employees Pension Fund shall move before the Honorable Cynthia M. Rufe, United States District Court Judge at the James A. Byrne U.S. Courthouse, 601 Market Street, Philadelphia, PA 19106 for preliminary approval of the proposed settlement in the above matter in accordance with Fed. R. Civ. P. 23(e).

The undersigned intends to rely upon the accompanying Memorandum of Law, the Stipulation of Settlement dated March 13, 2014 and supporting exhibits, the papers and filings on record in this matter and such additional evidence or argument as may be presented at a hearing.

DATED:  March 14, 2014                    Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
DOUGLAS R. BRITTON
JEFFREY D. LIGHT
JAMES A. CAPUTO
ASHLEY M. PRICE
SUSANNAH R. CONN


                   s/ Douglas R. Britton
                 DOUGLAS R. BRITTON

655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

Lead Counsel

LAW OFFICES BERNARD M.
  GROSS, P.C.
DEBORAH R. GROSS
Wanamaker Bldg., Suite 450
100 Penn Square East
Philadelphia, PA  19107
Telephone:  215/561-3600
215/561-3000 (fax)

Liaison Counsel

- 1 -

921178_1

CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on March 14, 2014.

    s/ Douglas R. Britton
    DOUGLAS R. BRITTON

    ROBBINS GELLER RUDMAN
        & DOWD LLP
    655 West Broadway, Suite 1900
    San Diego, CA  92101-3301
    Telephone:  619/231-1058
    619/231-7423 (fax)

    E-mail:  DougB@rgrdlaw.com

921178_1

# Mailing Information for a Case  2:09-cv-04730-CMR WESTERN PA. ELECTRICAL EMPLOYEES PENSION FUND, ET. AL. V. D. ALTER, ET. AL.

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **THOMAS R. AJAMIE**
  tajamie@ajamie.com,pfuchs@ajamie.com,dszak@ajamie.com,dmolloy@ajamie.com

- **ALEXANDER BILUS**
  sandy.bilus@dechert.com

- **DOUGLAS R. BRITTON**
  dougb@rgrdlaw.com,kathyj@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **JAMES A. CAPUTO**
  jimc@rgrdlaw.com,jillk@rgrdlaw.com

- **DAVID L. COMERFORD**
  dcomerford@akingump.com,dromani@akingump.com

- **SUSANNAH R. CONN**
  sconn@rgrdlaw.com

- **JEFFERY A. DAILEY**
  jdailey@akingump.com,mnugent@akingump.com,dromani@akingump.com

- **JOHN S. EDWARDS , JR**
  jedwards@ajamie.com

- **DAVID W. ENGSTROM**
  dwe@dwengstromlaw.com

- **STEVEN B. FEIRSON**
  steven.feirson@dechert.com

- **DEBORAH R. GROSS**
  debbie@bernardmgross.com

- **MICHAEL L. KICHLINE**
  michael.kichline@dechert.com,lisa.ricchezza@dechert.com

- **JEFFREY D. LIGHT**
  jeffl@csgrr.com

- **DAVID H. MARION**

dmarion@archerlaw.com,pdadario@archerlaw.com

- **PAUL T. MCGURKIN , JR**
  pmcgurkin@akingump.com

- **DANIELLE S. MYERS**
  danim@rgrdlaw.com

- **ASHLEY M. PRICE**
  aprice@rgrdlaw.com,e_file_SD@rgrdlaw.com

- **ANN RYAN ROBERTSON**
  arobertson@ajamie.com

- **WALLACE A. SHOWMAN**
  wshowman@ajamie.com

- **DAVID J. STANOCH**
  david.stanoch@dechert.com

- **STUART T. STEINBERG**
  stuart.steinberg@dechert.com

- **SARAH L. WYATT**
  sarah.wyatt@dechert.com,lisa.ricchezza@dechert.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`