IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STEAMFITTERS LOCAL 449** | : | **CIVIL ACTION** |
| **PENSION FUND** | : | |
| *INDIVIDUALLY AND ON BEHALF OF* | : | **NO. 09-4730** |
| *ALL OTHERS SIMILARLY SITUATED* | : | |
| | : | |
| **V.** | : | |
| | : | |
| **ADVANTA CORP.** *et al.* | : | |

## ORDER

**AND NOW,** this 17th day of March, 2014, **IT IS HEREBY ORDERED** that a Hearing on the Motion for Preliminary Approval of the Settlement and for Class Certification in the above matter will take place on **Monday, April 21, 2014, at 2:00 P.M.,** United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania 19106.

Counsel and interested parties should report to Courtroom 12A.

BY THE COURT:

/s/ Cynthia M. Rufe

_____
**CYNTHIA M. RUFE, J.**