UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WESTERN PENNSYLVANIA ELECTRICAL EMPLOYEES PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>DENNIS ALTER, et al.,<br><br>Defendants. | Civil Action No. 2:09-cv-04730-CMR<br><br><u>CLASS ACTION</u> |

NOTICE OF MOTION AND LEAD PLAINTIFF'S MOTION FOR (1) FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS; AND (2) AN AWARD OF ATTORNEYS' FEES AND EXPENSES

950545_1

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that on August 4, 2014, at 10:30 a.m., before the Honorable Cynthia M. Rufe, Lead Plaintiff will, and hereby does, move for judgments and orders: (1) approving the Stipulation of Settlement dated as of March 13, 2014 (the "Stipulation") and dismissing this action with prejudice and approving the Plan of Allocation of settlement proceeds; and (2) awarding Lead Counsel attorneys' fees and expenses.

This motion is based upon this Motion, the accompanying Memorandum of Law in Support of Lead Plaintiff's Motion for Final Approval of Class Action Settlement and Plan of Allocation of Settlement Proceeds, the Memorandum of Law in Support of Lead Plaintiff's Counsel's Motion for an Award of Attorneys' Fees and Expenses, the declarations of counsel submitted in support thereof, the Stipulation and supporting exhibits, the papers and filings on record in this matter and such additional evidence or argument as may be presented at the hearing.

DATED: June 19, 2014

Respectfully submitted,

ROBBINS GELLER RUDMAN & DOWD LLP
DOUGLAS R. BRITTON
JEFFREY D. LIGHT
JAMES A. CAPUTO
ASHLEY M. PRICE
SUSANNAH R. CONN

s/ Douglas R. Britton
DOUGLAS R. BRITTON

655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

Lead Counsel

- 1 -

950545_1

- 2 -

        LAW OFFICES BERNARD M.
          GROSS, P.C.
        DEBORAH R. GROSS
        Wanamaker Bldg., Suite 450
        100 Penn Square East
        Philadelphia, PA  19107
        Telephone:  215/561-3600
        215/561-3000 (fax)

        Liaison Counsel

950545_1

CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on June 19, 2014.

s/ Douglas R. Britton
DOUGLAS R. BRITTON

ROBBINS GELLER RUDMAN
     & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  dougb@rgrdlaw.com

950545_1

# Mailing Information for a Case  2:09-cv-04730-CMR WESTERN PA. ELECTRICAL EMPLOYEES PENSION FUND, ET. AL. V. D. ALTER, ET. AL.

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **THOMAS R. AJAMIE**
  tajamie@ajamie.com,pfuchs@ajamie.com,dszak@ajamie.com,dmolloy@ajamie.com

- **ALEXANDER BILUS**
  sandy.bilus@dechert.com

- **DOUGLAS R. BRITTON**
  dougb@rgrdlaw.com,kathyj@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **JAMES A. CAPUTO**
  jimc@rgrdlaw.com,jillk@rgrdlaw.com

- **DAVID L. COMERFORD**
  dcomerford@akingump.com,dromani@akingump.com

- **SUSANNAH R. CONN**
  sconn@rgrdlaw.com

- **JEFFERY A. DAILEY**
  jdailey@akingump.com,mnugent@akingump.com,dromani@akingump.com

- **JOHN S. EDWARDS , JR**
  jedwards@ajamie.com

- **DAVID W. ENGSTROM**
  dwe@dwengstromlaw.com

- **STEVEN B. FEIRSON**
  steven.feirson@dechert.com

- **DEBORAH R. GROSS**
  debbie@bernardmgross.com

- **MICHAEL L. KICHLINE**
  michael.kichline@dechert.com,lisa.ricchezza@dechert.com

- **JEFFREY D. LIGHT**
  jeffl@csgrr.com

- **DAVID H. MARION**
  dmarion@archerlaw.com,pdadario@archerlaw.com

- **PAUL T. MCGURKIN , JR**
  pmcgurkin@akingump.com

- **DANIELLE S. MYERS**
  danim@rgrdlaw.com

- **ASHLEY M. PRICE**
  aprice@rgrdlaw.com,e_file_SD@rgrdlaw.com

- **ANN RYAN ROBERTSON**
  arobertson@ajamie.com

- **WALLACE A. SHOWMAN**
  wshowman@ajamie.com

- **DAVID J. STANOCH**
  david.stanoch@dechert.com

- **STUART T. STEINBERG**
  stuart.steinberg@dechert.com,sheila.marshall@dechert.com,lisa.ricchezza@dechert.com

- **SARAH L. WYATT**
  sarah.wyatt@dechert.com,lisa.ricchezza@dechert.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`